# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRES GARCIA,<br><br>Petitioner-Defendant. | Criminal Case No. 20-cr-3287-JO<br>Civil Case No. 24-cv-1475-JO<br><br>[~~*PROPOSED*~~] ORDER RE: UNITED STATES' MOTIONS TO (1) COMPEL RECORDS FROM PETITIONER'S FORMER COUNSEL; (2) CONTINUE EVIDENTIARY HEARING; AND (3) COMPEL APPEARANCE OF PETITIONER'S FORMER COUNSEL |

IT IS HEREBY ORDERED that the attorney-client privilege, as to all communications between Petitioner and counsel that relate to "whether Petitioner's counsel correctly communicated the government's plea offer to Petitioner," is deemed waived by Petitioner.

IT IS HEREBY ORDERED that Petitioner's former counsel, James H. Kim, is compelled to produce all communications between Petitioner and counsel that relate to "whether Petitioner's counsel correctly communicated the government's plea offer to Petitioner" as ordered by this Court. *See Garcia v. United States*, Case No. 3:24-cv-1475-JO at ECF No. 2.

      Good cause shown, and so that Petitioner's former counsel can appear, IT IS HEREBY ORDERED that the evidentiary hearing currently scheduled for May 15, 2025, at 11 a.m. be continued to June 5, 2025, at 11:00 a.m.

      IT IS FURTHER ORDERED that Petitioner's former counsel, James H. Kim, is ordered to appear at the evidentiary hearing scheduled for June 5, 2025, at 11 a.m. at the Edward J. Schwartz United States Courthouse, 221 West Broadway, Courtroom 4C (4th Floor) San Diego, CA 92101.

      IT IS SO ORDERED.

DATED:     May 1, 2025

_____
THE HONORABLE JINSOOK OHTA
United States District Court Judge
Southern District of California